UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 21 2017
SUSAN Y. SOONG
CLERK U S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Reidar Arden
Petitioner

Case No. C17- 4850

Liberty University
Respondent

=======================

## MOTION TO FILE FOR VIOLATION OF PETITIONER'S FEDERAL CIVIL RIGHTS BY LIBERTY UNIVERSITY FOR BLOCKING PETITIONER FROM RECEIVING STUDENT FINANCIAL AID FROM US GOVERNMENT AGENCY FAFSA

TO THE HONORABLE JUDGE OF SAID COURT:

1. **COMES NOW**, Petitioner Reidar Arden is hereby filing a motion in this Honorable Court for violation of Petitioner's Federal Civil Rights for blocking Petitioner from receiving student financial aid from US government agency FAFSA and damages for pain and suffering caused by deliberate indifference against the Petitioner by Liberty University.

2. Petitioner paid $40 to Liberty University as an application fee and made a "Transcript Request Form" for his high school and 3 undergraduate universities where he he attended and completed coursework. (Exhibit A)

3. Petitioner also sent to Liberty University "Student" transcript copies of his undergraduate and graduate school transcripts.

4. Petitioner was accepted for enrollment to Liberty University into a graduate degree program in Interdisciplinary Studies. (Exhibit B)

5. After being accepted the Admissions Department contacted Petitioner that Petitioner had to submit "Original" graduate transcripts from universities he attended that he wanted to receive transfer credit for.

6. Petitioner explained he only had completed courses at the last 2 universities he attended and therefore sent Liberty University a "Transcript Request Form" for those 2 universities: United States Sports Academy and Touro University Worldwide. (Exhibit B)

7. On Friday June 23, 2017 Petitioner was called by the Financial Aid Department and told for him to receive FAFSA student loans, that Liberty University had been requested by FAFSA, that Liberty University must receive "Original" transcripts from the other 2 universities, American Public University and Ft. Hays State University that Petitioner had withdrawn from.

8. Previously Touro University had stated to Petitioner when he applied for FAFSA at that school that they needed an "Enrollment History Review." Petitioner sent Touro a sworn affidavit stating why he had withdrawn from American Public University and Ft. Hays State University. Touro University then processed Petitioner's FAFSA and he enrolled and completed all courses at Touro University.

9. Petitioner sent a sworn affidavit explaining his "Enrollment History Review" to Liberty University (Exhibit D).

10. The "<u>Enrollment History Review</u>" for FAFSA <u>**did NOT have to include official certified transcripts from all former universities that Petitioner attended**</u>.

11. Petitioner needed to only submit official certified transcripts for the courses that he desired to have transfer credit for, which he did.

11. Petitioner is in good standing with FAFSA and not delinquent with any FAFSA student loans.

12. Therefore, it is <u>**NOT the policy of FAFSA**</u> that is blocking Petitioner from obtaining federal student financial aid.

13. It was a <u>**FALSE**</u> statement made by the Financial Aid Department by a Liberty University counselor/agent on the telephone on June 23, 2017 that <u>**FAFSA requested 'Official Certified Transcripts' from all of Petitioner's universities he ever attended**</u>.

14. This false telephone statement was recorded by Liberty University.

15. Petitioner was scheduled to start courses on July 3, 2017.

16. Petitioner desired to complete the master's degree program in Interdisciplinary Studies at Liberty University to obtain his master's level addiction counselor certification.

17. Liberty University blocked Petitioner's educational endeavor and blocked Petitioner's right for FAFSA federal student loans in order for Petitioner to graduate with a master's degree in Interdisciplinary Studies and to earn increased income to support his family as a master's level addiction counselor.

**JURISDICTION,** the address for Petitioner Reidar Arden is 3126 Shattuck Street, Berkeley, CA 94705 and Liberty University offers online courses, which are available worldwide, including California. It is a federal civil rights case, so the jurisdiction is the U.S. District Court, Northern District of California.

**THEREFORE**, Petitioner prays for relief for damages for pain and suffering caused by deliberate indifference against the Petitioner due to Liberty University's decision to not allow Petitioner to receive FAFSA federal student financial aid to graduate with a master's degree program in Interdisciplinary Studies and to earn increased income to support his family as a master's level addiction counselor.

Date: 8/21/2017

Reidar Arden, Pro Se
3126 Shattuck Street
Berkeley, CA 94705

*EXHIBIT A*

# LIBERTY UNIVERSITY

Admissions

**High School & College Transcript Request Form**

Please fax signed form to 888-301-3577 or email to luoverify@liberty.edu

**Student Information**

Full Name: Reidar       Carroll       Arden           Liberty University I.D.: _____

Date of Birth: ▓▓▓▓       Social Security Number: ▓▓▓-1657       Campus: Online

**High School and College Information**

Liberty University will request official transcripts on behalf of our new students. If we are unable to obtain an official transcript, it will be the responsibility of the student to submit the transcript to Liberty University.

**High School/GED Request** (Only fill in if applying to an undergraduate degree program at LUO)

Last name under which you attended: Reidar Carroll Arden       Name of High School: Glendale High School

Location: City: Glendale       State: CA       Phone Number: (818) 242-3161

Graduation Month and Year: 06 / 1972       Degree: High School Diploma

**College Transcript Request 1**

Last name under which you attended: Reidar Carroll Arden       Name of College: California State University San Bernardino

Location: City: San Bernardino       State: CA       Dates attended: From: 01 / 1975       To: 12 / 1981

Degree completed?: Yes       Degree: Bachelors Degree       Do you have an outstanding balance?: No

**College Transcript Request 2**

Last name under which you attended: Reidar Carroll Arden       Name of College: California State University Los Angeles

Location: City: Los Angeles       State: CA       Dates attended: From: 09 / 1972       To: 12 / 1974

Degree completed?: No       Degree: Bachelors Degree       Do you have an outstanding balance?: No

**College Transcript Request 3**

Last name under which you attended: Reidar Carroll Arden       Name of College: Pacific Union College

Location: City: Angwin       State: CA       Dates attended: From: 04 / 1973       To: 06 / 1974

Degree completed?: No       Degree: Bachelors Degree       Do you have an outstanding balance?: No

**College Transcript Request 4**

Last name under which you attended: _____       Name of College: _____

Location: City: _____       State: _____       Dates attended: From: __/__       To: __/__

Degree completed?: _____       Degree: _____       Do you have an outstanding balance?: _____

The information requested is protected by the Family Educational Rights and Privacy Act of 1973 (FERPA). By signing below, I authorize educational institution or agency to release educational records (including transcript, diploma, or degree documents) to Liberty University for purposes relating to my application for admission. I understand that if I purposely give false or misleading information, I may be fined up to $20,000, sent to prison, or both; may be expelled from Liberty University; will lose all federal, state and institutional aid; and will be reported to the Office of Inspector General and/or the Commonwealth Attorney for the State of Virginia for further investigation.

Student Signature*: *(signature)*       Date: 5/31/17

*Please sign the form with a wet signature. Forms without a wet signature will be void.

**For use by responding educational institution/agency only**

The information in this document is protected by the rules and regulations of the Family Educational Rights and Privacy Act (FERPA). Please allow only authorized personnel of your institution to view and process this request.

If you, as the institution/agency, cannot provide the requested transcript, please send notification to our address listed below and indicate the following:

Name of Institution _____
____ Student does not appear to have attended our institution
____ Student record is not available for release

Mail to: Liberty University
   Attn: Admissions Verification
   1971 University Blvd MSC Box 710686
   Lynchburg, VA 24515

# LIBERTY
## UNIVERSITY

June 13, 2017

EXHIBIT B


Master of Arts: Interdisciplinary Studies INDS

Reidar Arden - L29018172
3234 Adeline St
Berkeley, CA 94703-2407

Dear Reidar,

Congratulations! You have been accepted into the Liberty University Master of Arts: Interdisciplinary Studies program for the 2016-2017 academic year. Welcome to the Liberty family! Liberty's faculty and staff are here to help you reach your academic and professional goals.

As you prepare for the semester, make sure to:

- **Register for classes.** For information regarding Liberty University's academic schedule and class registration deadlines, refer to **LUOnline.com/Deadlines.**
- **Complete Financial Check-In.** To view the Financial Check-In tutorial and learn more about payment plan options, visit **Liberty.edu/FCI.**
- **Submit your official transcripts.** If you sent unofficial transcripts for acceptance purposes, you must submit official transcripts **within 60 days** to register for your second semester.

If you need assistance with these steps, please do not hesitate to call an admissions specialist at (855) 466-9217. Otherwise, we will contact you shortly to ensure that you are enrolled and ready to begin your courses. Your student identification number is L29018172. Please have this number ready when corresponding with our office.

If you are planning to use financial aid, be aware that the process may take several weeks to complete. Please visit **Liberty.edu/FinancialAid** today and start securing your funds for the next semester.

I am excited that you have chosen to pursue your educational goals through Liberty.

Sincerely,

*Stephanie Smart*

Stephanie Smart
Director of Admissions Verification
Liberty University Online

*Training Champions for Christ since 1971*

MASTERS DEGREE   NEW EMAIL   MASTERS DEGREE

★ ATTENTION: GRADUATE LEVEL COURSE

# LIBERTY UNIVERSITY | ONLINE
*Training Champions for Christ since 1971*

## HIGH SCHOOL & COLLEGE TRANSCRIPT REQUEST FORM

Please fax signed form to (888) 301-3577 or email to LUOVerify@liberty.edu.

EXHIBIT C

**STUDENT INFORMATION**

FULL NAME: REIDAR C. ARDEN   LIBERTY ID: L29018172
DATE OF BIRTH: [redacted]   SSN: [redacted] -1657

**HIGH SCHOOL AND COLLEGE INFORMATION**

**HIGH SCHOOL/GED TRANSCRIPT REQUEST** *(Only complete the section below if applying to an undergraduate program)*

LAST NAME AT TIME OF ATTENDANCE: _____   NAME OF HIGH SCHOOL: _____
CITY: _____   STATE: _____   PHONE NUMBER: _____
GRADUATION MONTH AND YEAR: _____

**COLLEGE TRANSCRIPT REQUEST 1**

LAST NAME AT TIME OF ATTENDANCE: REIDAR C. ARDEN   NAME OF COLLEGE: US SPORTS ACADEMY
CITY: DAPHNE   STATE: GA   DATES ATTENDED | FROM: 2014 TO: 2015
DID YOU CONFER A DEGREE? ○ YES ●NO   DEGREE NAME: MASTERS IN SPORTS SCIENCE   DO YOU HAVE AN OUTSTANDING BALANCE? ○ YES ●NO

**COLLEGE TRANSCRIPT REQUEST 2**

LAST NAME AT TIME OF ATTENDANCE: REIDAR C. ARDEN   NAME OF COLLEGE: TOURO UNIV WORLDWIDE
CITY: LOS ALAMITOS   STATE: CA   DATES ATTENDED | FROM: 2015 TO: 2016
DID YOU CONFER A DEGREE? ○ YES ●NO   DEGREE NAME: MASTERS IN PSYCHOLOGY   DO YOU HAVE AN OUTSTANDING BALANCE? ○ YES ● NO

**COLLEGE TRANSCRIPT REQUEST 3**

LAST NAME AT TIME OF ATTENDANCE: _____   NAME OF COLLEGE: _____
CITY: _____   STATE: _____   DATES ATTENDED | FROM: _____ TO: _____
DID YOU CONFER A DEGREE? ○ YES ○ NO   DEGREE NAME: _____   DO YOU HAVE AN OUTSTANDING BALANCE? ○ YES ○ NO

The information requested is protected by the Family Educational Rights and Privacy Act (FERPA) of 1973. By signing below, I authorize the educational institution or agency to release educational records (including transcript, diploma, or degree documents) to Liberty University for purposes relating to my application for admission. I understand that if I purposely give false or misleading information, I may be fined up to $20,000, sent to prison, or both; may be expelled from Liberty University; will lose all federal, state, and institutional aid; and will be reported to the Office of Inspector General and/or the Commonwealth Attorney of Virginia for further investigation.

STUDENT SIGNATURE: [signature]   DATE: 6/5/17

**FOR USE BY RESPONDING EDUCATIONAL INSTITUTION/AGENCY ONLY**

The information in this document is protected by the rules and regulations of FERPA. Please allow only authorized personnel of your institution to view and process this request. If you, as the institution/agency, cannot provide the requested transcript, please send notification to our address/fax number listed below and indicate the following:

NAME OF INSTITUTION: _____

☐ STUDENT DOES NOT APPEAR TO HAVE ATTENDED OUR INSTITUTION   ☐ STUDENT RECORD IS NOT AVAILABLE FOR RELEASE

MAIL TO: LUO Admissions Verification, 1971 University Blvd, MSC Box 710868, Lynchburg, Va. 24515   FAX TO: (888) 301-3577

*EXHIBIT D*

Liberty University
1971 University Blvd.
Financial Aid MSC Box 710282
Lynchburg, VA 24515

June 5, 2017

Salutations,

Your request for transcripts from American Public University and from Ft. Hays State University cannot be provided as they do not exist. I dropped out of those schools for the reasons listed in the sworn affidavit below.

I attached to this email a transcript request form for United States Sports Academy and Touro University Worldwide where I completed a total of 5 graduate courses. I sent emails to financialaid@liberty.edu and luoverify@liberty.edu.

I contacted FAFSA and they stated I completed both my 2016-2017, 2017-2018 forms correctly. I also completed my entrance/exit counseling and have a signed master promissory note on file.

Please notify me via email if there is anything more you need.

## SWORN AFFIDAVIT

I, the undersigned Reidar C. Arden on this day state I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this sworn affidavit and that the punishment for knowingly making a false statement can include fines.

1. I had physical health problems (small heart attack) and therefore I withdrew from American Public University.

2. I had mental health problems (breakup with my wife) and therefore I withdrew from Ft. Hays State University.

3. I completed 3 graduate level courses in a master's degree program at United States Sports Academy.

4. I completed 3 graduate level courses in a master's degree program in Psychology at Touro University Worldwide

5. I have never defaulted on any student loan.

Signature of Affiant: _____
Name of Affiant: Reidar Carroll Arden - ID: L29018172
Mailing Address: 3234 Adeline Street, Berkeley, CA 94703