# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REIDAR ARDEN,**<br>Plaintiff**,**<br>vs.<br>**LIBERTY UNIVERSITY,**<br>Defendant**.** | CASE NO. 17-cv-04850-YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; CONTINUING DEADLINE TO AMEND COMPLAINT AND FURTHER PROCEEDINGS ON MOTION TO DISMISS**<br><br>Dkt. No. 18, 21, 24, 25 |

Defendant Liberty University filed a motion to dismiss the complaint herein. (Dkt. No. 15.) Thereafter, Plaintiff Reidar Arden filed two "motion" documents, each labeled motions to amend or for amendment, and each seeking a continuance, presumably of a hearing on the motion to dismiss. (Dkt Nos. 18, 21).

The Court continued the hearing on the motion, directed Arden to file an amended complaint consistent with his requests to amend, no later than December 15, 2017, and moved the hearing on the motion to dismiss to January 16, 2018. (Dkt. No. 23.) Arden subsequently filed two additional "motions to amend the complaint" on November 28 and 30, 2017, one seeking to add two documents to the record herein, the other explaining why Arden was unable to complete ECF registration and had not yet met with the Pro Se Help Center/Federal Pro Bono Project. (Dkt. No. 24, 25.)

The Court, having considered those motions and the pleadings on file, **ORDERS** as follows:

*(1) Case Management Conference*

The case management conference currently set for Monday, December 4, 2017, is **CONTINUED** to **February 26, 2018**, at 2:00 p.m., in Courtroom 1, 1301 Clay Street, Oakland. Updated case management statements must be filed no later than 5 business days prior to the continued case management conference.

*(2) Arden's Deadline to Amend Complaint*

In the November 30, 2017 filing, Arden indicates that he has contacted the Federal Pro Bono Project for an appointment and their earliest availability is the week of December 5, 2017. (Dkt. No. 25.) In light of this delay in Arden's ability to meet with the Help Center counselor, the Court **CONTINUES** the deadline for Arden to file an amended complaint to **December 22, 2017**.

Arden is reminded that a complaint is "a short and plain statement of the claim showing that the pleader is entitled to relief," as required by Rule 8 of the Federal Rules of Civil Procedure, and that he does not need to submit evidence to state his complaint. The amended complaint should be clearly labeled "amended complaint" in the caption of the document, rather than some other request for relief or motion.

*(3) Motion to Dismiss and Supplemental Reply*

Liberty may file a supplemental memorandum in support of the motion to dismiss no later than **January 9, 2018**. The Motion of Liberty University to Dismiss Complaint (Dkt No. 15) is **CONTINUED** to **January 23, 2018,** at 2:00 p.m. in Courtroom 1, Federal District Courthouse, 1301 Clay Street, Oakland.

**IT IS SO ORDERED.**

This terminates Docket Nos. 18, 21, 24, 25.

Dated: December 1, 2017

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**