**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **REIDAR ARDEN,**<br>　　　　Plaintiff**,**<br>　　vs.<br>**LIBERTY UNIVERSITY,**<br>　　　　Defendant**.** | CASE NO. 17-cv-04850-YGR<br>**AMENDED ORDER GRANTING REQUEST FOR WAIVER OF PACER FEES**<br>Dkt. No. 14 |

Plaintiff Reidar Arden filed a motion to request waive of PACER Fees. (Dkt. No. 14.) Arden previously was granted in forma pauperis status (Dkt. No. 6) and permission to file documents electronically on the Court's electronic case filing (ECF) system. (Dkt. No. 7.)

The Motion for Waiver of PACER Fees is **GRANTED**. The Court finds that plaintiff falls within the class of users eligible for a fee exemption listed in the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts, and has demonstrated that a fee exemption to access the docket in this action electronically is necessary to avoid unreasonable burdens. Plaintiff is therefore exempt from fees for PACER usage until **December 1, 2018**, or until such time as the Court orders this exemption withdrawn. The Court notes that PACER fees under $15.00 per quarter are automatically waived in any event.

Registration for PACER can be done online at https://www.pacer.gov/reg_nonatty.html or by calling the PACER Service Center at (800) 676-6856.

Because Arden has obtained permission to e-file, he may submit the pro se ECF registration form at https://www.cand.uscourts.gov/ECF/proseregistration. As a courtesy, a copy of the form is attached hereto as **Exhibit A**. Once the completed form is submitted, ECF Help Desk will process the registration form within 3 days of receipt.

After Arden completes the ECF and PACER registration procedures, and receives an e-filing password from the ECF Help Desk, Arden must electronically file a notice confirming that

he has completed his ECF registration.

In addition, Arden must comply with the Federal Rules of Civil Procedure and all general orders and local rules pertaining to electronic filing including General Order 45 which requires in part that parties must provide the judge's chambers with a paper copy of each document that is filed electronically, marked "Chambers Copy." By registering, plaintiff accepts responsibility for all technical requirements and computer-related tasks associated with participation in the ECF program.

After registering on ECF and PACER, Plaintiff must file a notice of ECF registration that plaintiff has made available an electronic mail address for service of papers electronically filed on the docket. Upon filing of such notice, the court will designate this action for the ECF program.

This exemption may be revoked at the discretion of the Court at any time.

The clerk of the court shall send a copy of this order to the PACER Service Center.

The Court does not set a deadline for completing ECF Registration. However, until it is complete, filing and service by electronic submission are not permitted.

**IT IS SO ORDERED.**

This terminates Docket No. 14.

Dated: December 1, 2017

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**