# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REIDAR ARDEN,**<br>　　　　Plaintiff,<br>　vs.<br>**LIBERTY UNIVERSITY,**<br>　　　　Defendant. | CASE NO. 17-cv-04850-YGR<br><br>**ORDER DENYING FIRST MOTION TO DISMISS AS MOOT**<br><br>Dkt. No. 15 |

The motion of defendant Liberty University to dismiss the original complaint (Dkt. No. 15) is **DENIED AS MOOT** in light of plaintiff's filing of a First Amended Complaint on December 15, 2017 (Dkt. No. 29). The hearing currently set for January 23, 2018, is **VACATED**.

The motion to dismiss the First Amended Complaint (Dkt. No. 32) remains on calendar. Plaintiff Reider Arden is reminded that his opposition to that motion is due January 19, 2018.

**IT IS SO ORDERED.**

This terminates Docket No. 15.

Dated: January 16, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**