# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REIDAR ARDEN,**  Plaintiff,  vs.  **LIBERTY UNIVERSITY,**  Defendant. | CASE NO. 17-cv-04850-YGR  **ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS FIRST AMENDED COMPLAINT; RE-SETTING CASE MANAGEMENT CONFERENCE**  Dkt. No. 32 |

Presently before the Court is the Motion of defendant Liberty University to Dismiss the First Amended Complaint (Dkt. No. 32), which came on regularly for hearing on February 13, 2018. For the reasons stated on the record at the hearing, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

The motion to dismiss the claim for violation of Title II of the Americans with Disabilities Act is **GRANTED** and the claim is **DISMISSED**.

The motion to dismiss the claim for violation of Section 504 of the Rehabilitation Act is **DENIED**.

Defendant Liberty University shall file its answer to the Section 504 claim no later than **March 7, 2018**.

The case management conference currently set for February 26, 2018, is **CONTINUED** to **March 19, 2018**, at 2:00 p.m. in Courtroom 1, Federal Courthouse, 1301 Clay Street, Oakland. The parties shall file a case management statement no later than March 12, 2018.

The parties are directed to meet and confer regarding possible resolution of this action. Should the parties resolve the action, they may file a joint statement to that effect in lieu of a case management statement, and the Court may vacate the case management appearance.

**IT IS SO ORDERED.**

Dated: February 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**