MATTHEW A. RICHARDS (SBN 233166)
mrichards@nixonpeabody.com
CHRISTINA E. FLETES (SBN 312661)
cfletes@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600
Tel: 415-984-8200
Fax: 415-984-8300

Attorneys for Plaintiff
Reidar Arden

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| REIDAR ARDEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LIBERTY UNIVERSITY,<br><br>　　　　　　Defendant. | Case No. 4:17-CV-04850-YGR<br>**ORDER GRANTING**<br>~~NOTICE OF~~ **VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Federal Rule of Civil of Civil Procedure 41(a)(1)(A)(i)] |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Reidar Arden voluntarily dismisses with prejudice the above-entitled action in its entirety. Plaintiffs has not previously dismissed any state or federal court action based on or including the same claims against Defendant, and Defendant has not served a motion for summary judgment.

Dated: May 4, 2018

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
5/4/2018